Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
Ph: (702) 388-6577
Erin_Gettel@fd.org

Attorney for Steven Evans

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>Steven Evans,<br><br>        Defendant. | Case No. 2:19-cr-00096-RFB-CWH<br><br>Stipulation to Continue Reply to Government's Response to Motion to Suppress Deadline<br>(First Request) |

The parties stipulate that the July 30, 2019, deadline for Evans's Reply to the Government's Response to Evans's Motion to Suppress be continued to August 1, 2019.

This is the first request for a continuance of the reply deadline.

DATED: July 30, 2019

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Nicholas Trutanich<br>United States Attorney |
| */s/ Erin Gettel*<br>By_____<br>Erin Gettel<br>Assistant Federal Public Defender | */s/ Linda Mott*<br>By_____<br>Linda Mott<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Steven Evans,<br><br>　　　　Defendant. | Case No. 2:19-cr-00096-RFB-CWH<br><br>**ORDER** |

　　Based on the Stipulation of counsel,

　　IT IS THEREFORE ORDERED that the Reply to the Government's Response to Evans's Motion to Suppress be continued to August 1, 2019.

　　DATED this <u>31st</u> day of July, 2019.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE