Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:19-cr-00096-RFB-DJA |
| Plaintiff, | **Stipulation to Continue Deadlines re: ECF No. 50** |
| v. | |
| Steven Evans, | |
| Defendant. | |

The parties jointly request until January 14, 2020, to file trial briefs, proposed voir dire, proposed jury instructions, and a list of the government's prospective witnesses because:

1.    On July 9, 2019, Evans filed a suppression motion.

2.    On September 10, 2019, The Court held an evidentiary hearing on Evans's motion.

3.    At the close of the hearing, the Court directed the parties to file supplemental briefing, which was completed on September 24, 2019.

4.    Evans's suppression motion remains pending. A defense ruling on Evans's suppression motion would obviate the need for a trial.

5. Calendar call is currently set for January 14, 2020, and trial is set for January 21, 2020.

6. It is unlikely that trial will proceed as scheduled because Evans's suppression motion remains pending.

7. The parties respectfully request until the date of calendar call, January 14, 2020, to file trial documents.

DATED: January 9, 2020.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Nicholas A. Trutanich<br>United States Attorney |
| | |
| By _/s/ Erin Gettel_<br>Erin Gettel<br>Assistant Federal Public Defender | By _/s/ Linda Mott_<br>Linda Mott<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

United States of America,

      Plaintiff,

      v.

Steven Evans,

      Defendant.

Case No. 2:19-cr-00096-RFB-DJA

**Order Granting Stipulation to Continue Deadline re ECF No. 50**

Based on the stipulation of counsel, the Court finds that good cause exists to continue the deadline for trial documents to January 14, 2020.

IT IS THEREFORE ORDERED that trial briefs, proposed voir dire questions, proposed jury instructions, and a list of the government's prospective witnesses must be electronically submitted to the Court by the 15th day of January, 2020, by the hour of 4:00 p.m.

DATED: <u>January 9, 2020</u>.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE