# FILED UNDER SEAL

Prob12C
D/NV Form
Rev. March 2017

**United States District Court**
**for**
**the District of Nevada**

**PETITION FOR SUMMONS**
**FOR OFFENDER UNDER SUPERVISION**

Name of Offender: **Steven Robert Evans**

Case Number:  **2:19CR00096**

Name of Sentencing Judicial Officer: **Honorable Richard F. Boulware**

Date of Original Sentence: **January 19, 2021**

Original Offense: **Felon in Possession of a Firearm**

Original Sentence: **36 Months probation**

Date of Prior Revocation: **July 22, 2021**

Revocation Sentence: **Time served effective July 26, 2021; and two (2) years supervised**
**release**

Date Supervision Commenced: **July 26, 2021**

Name of Assigned Judicial Officer: **Honorable Richard F. Boulware**

**PETITIONING THE COURT**

☒ To issue a warrant.

☐ To issue a summons:

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **C.A.R.E Program** - **You shall reside at and participate in the C.A.R.E. Program for a period of up to seven months as approved and directed by the probation officer. While participating in the program, if you test positive for alcohol, and any controlled substance, and/or any form of synthetic marijuana or synthetic stimulants, you will be taken into custody for a minimum period of seven days.**

**RE: Steven Robert Evans**

Prob12C
D/NV Form
Rev. March 2017

    A. On August 5, 2021, Evans was directed by the undersigned officer to report to the Residential Reentry Center (RRC) on August 6, 2021, to facilitate commencement of the C.A.R.E. Program. Evans failed to report to the RRC on August 6, 2021, thus not availing himself to initiate the start of the C.A.R.E. Program.

    B. On August 18, 2021, Evans was directed by the undersigned officer to report to the Residential Reentry Center (RRC) on August 27, 2021, to once again facilitate commencement of the C.A.R.E. Program. Evans failed to report to the RRC on August 27, 2021, thus not availing himself to commence the C.A.R.E. Program.

2. **Reside in a Residential Re-entry Center - You must reside in a residential reentry center for a term of up to seven (7) months. You must follow the rules and regulations of the center.**

    A. On August 5, 2021, Evans was directed by the undersigned officer to report to the Residential Reentry Center (RRC) on August 6, 2021. Evans failed to report to the RRC as directed.

    B. On August 18, 2021, Evans was directed by the undersigned officer to report to the Residential Reentry Center (RRC) on August 27, 2021. Evans failed to report to the RRC on August 27, 2021.

3. **Drug Testing - You must submit to substance abuse testing to determine if you have used a prohibited substance. Testing shall not exceed 104 tests per year. You must not attempt to obstruct or tamper with the testing methods.**

Evans failed to report for drug testing on the following dates:

August 22, 2021
August 26, 2021

4. **Report Within 72 Hours - You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.**

Evans was released from custody on July 26, 2021 and failed to report to the probation office within 72 hours of his release. Evans did not report until August 5, 2021.

**RE: Steven Robert Evans**

Prob12C
D/NV Form
Rev. March 2017

5. **Live At Approved Place** - **You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.**

On August 18, 2021, Evans contacted the undersigned officer telephonically and stated that he was not residing at his home of record anymore and that he was renting a room at the D Hotel until he was to enter the Residential Reentry Center (RRC) on August 27, 2021. He failed to provide a room number that he was staying in.

On August 26, 2021, the undersigned officer attempted to contact Evans telephonically to schedule a home visit, but he has failed to respond.

6. **Follow Instructions Of Probation Officer** - **You must follow the instructions of the probation officer related to the conditions of supervision.**

On August 30, 2021, the undersigned officer left a voicemail and delivered a text instructing Evans to report to the probation office to meet with the undersigned officer. Evans failed to report as instructed by the undersigned officer and has not communicated with the undersigned officer since August 18, 2021.

7. **Do Not Commit Another Crime** - **You must not commit another federal, state or local crime.**

Evans was released from the Clark County Detention Center (CCDC) custody on August 17, 2021. As required under Nevada Revised Code (NRS) 179C.110, Evans is required to register his address within 48 hours of his release from custody. On August 18, 2021, Evans registered his address as that of the Residential Reentry Center in anticipation of his August 27, 2021, entry into the program. Evans failed to enter the RRC on August 27, 2021, and his address in not registered properly.

RE: Steven Robert Evans

Prob12C
D/NV Form
Rev. March 2017

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

      ☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **August 30, 2021**

Digitally signed by Nickie Pipilakis
Date: 2021.08.31 10:49:48 -07'00'

Nickie Pipilakis
United States Probation Officer

Approved:

Digitally signed by Todd Fredlund
Date: 2021.08.30 15:04:40 -07'00'

Todd J. Fredlund
Supervisory United States Probation Officer

---

## *THE COURT ORDERS*

☐    No Action.
☐    The issuance of a warrant.
☑    The issuance of a summons.
☐    Other:

RICHARD F. BOULWARE, II
United States District Judge

 September 1, 2021
Date

Prob12C
D/NV Form
Rev. March 2017

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. STEVEN ROBERT EVANS,  2:19CR00096

## SUMMARY IN SUPPORT OF PETITION FOR WARRANT
### August 30, 2021

On January 19, 2021, Your Honor sentenced Evans to three (3) probation for committing the offense Felon in Possession of a Firearm. On January 19, 2021, Evans began his first term of probation in the District of Nevada.

On March 11, 2021, a petition for warrant was filed alleging Evans violated his terms of probation by using controlled substances, missing urinalysis testing, possessing a controlled substance (methamphetamine), and committing a new crime.

As detailed in an addendum dated June 21, 2021, Evans became aware Your Honor issued a warrant for his arrest and he chose to avoid apprehension. On April 8, 2021, a criminal complaint was filed in Las Vegas Justice Court, Case No. 21-CR-011704, charging Evans with Possession of a Controlled Substance, in violation of N.R.S. 453.336. On April 13, 2021, Evans failed to appear in court and a bench warrant was issued.

On July 22, 2021, Evans' probation was revoked in which Your Honor sentenced him to time served effective July 26, 2021, followed by two (2) years of supervised release. Your Honor ordered the special conditions for the C.A.R.E Program as well as seven (7) months in the Residential Reentry Center.

At the time of Evans revocation hearing on July 22, 2021, Your Honor and counsel scheduled his release from custody on July 26, 2021, in hopes that he would be picked up by local authorities on an outstanding bench warrant issued out of Las Vegas Justice Court, Case No. 21-CR-011704. Evans was not picked up for his warrant and it remained active.

Evans was released from custody on July 26, 2021 and did not report to the probation office until August 5, 2021, beyond the 72-hour requirement. During the office visit on August 5, 2021, the undersigned officer addressed with Evans his failure to report within 72- hours; and the fact he failed to address the outstanding warrant even though Your Honor had instructed him to do so at his revocation hearing. The undersigned officer directed him to turn himself into the Las Vegas Metropolitan Police Department that day in hopes that he would be released the next day. Evans failed to turn himself into custody once again.

On August 5, 2021, Evans was directed by the undersigned officer to report to the Residential Reentry Center (RRC) on August 6, 2021, to facilitate commencement of the C.A.R.E. Program. Evans failed to report to the RRC on August 6, 2021. Evans claimed he could not report to the RRC because he was homeless. As the court is aware, in part, the purpose of his RRC placement was to address homelessness and provide him with shelter and food.

**RE: Steven Robert Evans**

Prob12C
D/NV Form
Rev. March 2017

On August 9, 2021, Evans was arrested on his outstanding warrant and booked into the Clark County Detention Center (CCDC). On August 17, 2021, in Justice Court, Las Vegas Township, Case No. 21-CR-011704, he pled guilty to Possess Drug Not to Be Introduced Into Interstate Commerce, in violation of N.R.S. 454.351, a misdemeanor. Evans was sentenced to time served and the case is now closed.

Evans was released from the Clark County Detention Center (CCDC) custody on August 17, 2021.  As required under Nevada Revised Code (NRS) 179C.110, Evans is required to register his address within 48 hours of his release from custody. On August 18, 2021, Evans contacted the undersigned officer telephonically and stated that he was not residing at his home of record anymore and that he was renting a room at the D Hotel until his placement at the RRC on August 27, 2021. Evans failed to provide a room number that he was staying in. On August 18, 2021, Evans registered his address as that of the Residential Reentry Center in anticipation of his August 27, 2021, entry into the program. Evans failed to enter the program on August 27, 2021, and his address in not registered properly.

On August 18, 2021, Evans was directed by the undersigned officer to report to the RRC on August 27, 2021, to once again facilitate his placement into the C.A.R.E. Program. Evans failed to report for drug testing on August 22, 2021, and August 26, 2021. On August 26, 2021, the undersigned officer attempted to contact Evans for a home visit, and he failed to respond to a voice mail and a text message. Evans then followed this up by failing to report to the RRC on August 27, 2021. Because of his failure to report to the RRC his bed is no longer reserved.

The undersigned officer also contacted Evans assigned counsel in regard to his noncompliance and dates for entry into the RRC and CARE program. On August 30, 2021, the undersigned officer left a voicemail and text message for Evans instructing him to report to the probation office to meet with the undersigned officer. Evans failed to report as instructed by the undersigned officer and last communicated with the undersigned officer on August 18, 2021.

Based on Evans' history the probation office can only surmise his failure to report is to avoid detection of drug use. Evans' refusal to call and report is considered a refusal to comply with drug testing as a condition of supervision. Pursuant to 18 U.S.C. § 3583(g)(3) revocation is mandatory for refusal to comply with drug testing imposed as a condition of probation.

Evans has an extensive criminal record in which he is a criminal history category VI. Evans has convictions for violent offenses and weapons, to include firearms, metal knuckles and a switch blade knife. In the instant offense, officers with the Las Vegas Metropolitan Police Department responded to Evans' home in response to a family disturbance. Upon arrival, officers contacted Evans' wife who stated that Evans was in possession of a black shotgun and in the home with their infant child. Evans' wife further reported that Evans is a habitual drug user and she observed him use methamphetamine the day prior. Officers located Evans in the bedroom with the child. Adjacent to the bed was a Ruger .22 caliber rifle. Evans extensive criminal history

**RE: Steven Robert Evans**

Prob12C
D/NV Form
Rev. March 2017

appears fueled by his addiction. Evans is a flight risk and danger to the community. The probation office is requesting the issuance of a warrant, and that upon his arrest he remain in custody throughout the revocation proceedings.

Respectfully submitted,

Digitally signed by
Nickie Pipilakis
Date: 2021.08.31
10:49:20 -07'00'

Nickie Pipilakis
United States Probation Officer

Approved:

Digitally signed by Todd
Fredlund
Date: 2021.08.30 15:04:54
-07'00'

Todd J. Fredlund
Supervisory United States Probation Officer